**ATTACHMENT A**

## Relevant Provisions of the German Criminal Code

**Section 263. Fraud.**

(1) Whosoever, with the intent of obtaining for himself/herself or a third person an unlawful material benefit, damages the property of another by causing or maintaining an error by pretending false facts or by distorting or suppressing true facts shall be liable to imprisonment not exceeding five years or a fine.

(2) The attempt shall be punishable.

(3) In especially serious cases the penalty shall be imprisonment from six months to ten years. An especially serious case typically occurs if the offender

1. acts on a commercial basis or as a member of a gang whose purpose is the continued commission of forgery or fraud;

2. causes a major financial loss of or acts with the intent of placing a large number of persons in danger of financial loss by the continued commission of offenses of fraud;

3. places another person in financial hardship;

4. abuses his/her powers or his/her position as a public official; or

5. pretends that an insured event has happened after he/she or another have, for this purpose, set fire to an object of significant value or destroyed it, in whole or in part, through setting fire to it or caused the sinking or beaching of a ship.